# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 03/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE, SENIOR | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
500 PEARL STREET, ROOM 2220
NEW YORK, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee Emerita | Fordham University |
| 5. | Member of the Independent Oversight Committee | Independent Reconciliation and Compensation Program of the Archdiocese of New York |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self Employed Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PLI | January 25-26 | San Francisco | Speaker on Panel | Airfare, ground transportation, hotel, meals |
| 2. | NYSBA | October 24-26 | Montreal | Speaker on Panel | Airfare, ground transportation, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | E | Interest | P1 | T | | | | | |
| 2. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 3. Trust # 10 (H) | | | | | | | | | |
| 4. -Fidelity Municipal MMF | A | Dividend | J | T | | | | | |
| 5. -SPDR Mid Cap 400 ETF | B | Dividend | M | T | | | | | |
| 6. -NY State Loc Govt Assistance Corp Subordinate Lien Ref Bonds | A | Interest | K | T | | | | | |
| 7. -Florida State Brd Ed Pub Ed Ref Bonds | A | Interest | K | T | | | | | |
| 8. -Palm Beach Fl Rep Ref Cap Impt Pro-A Bonds | A | Interest | K | T | | | | | |
| 9. -Harris County TX Met Tran Auth Sales & Use Tax Red Bonds | A | Interest | K | T | | | | | |
| 10. -WA State Var Purp Bonds | A | Interest | K | T | | | | | |
| 11. -McHenry County IL Cmnty Unit Ach Dist Ref Bonds | A | Interest | K | T | | | | | |
| 12. -Huntsville AL General Oblig Ref Cap Imp Warrants | A | Interest | J | T | | | | | |
| 13. -BIOC LLC - Renamed Venga 11/1/18 | | None | K | W | | | | | |
| 14. -Cary NC Pub Impt Ref Bonds | A | Interest | K | T | | | | | |
| 15. -Boston MA Water and Sewer Commn Gen Rev Ref Bonds | A | Interest | K | T | | | | | |
| 16. -Marion and Polk Counties OR sch Dist No 24 J Salem Bonds | A | Interest | K | T | | | | | |
| 17. -DC Washington DC Income Tax Secd Rev Ref Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Downtown Association Bond | A | Interest | | | Sold | 09/26/18 | J | | |
| 19. -Sustainable Waste Power Systems, Inc. Common Stock | | None | K | W | | | | | |
| 20. -Blackrock Strategic Municipal Opportunities Fund | E | Dividend | O | T | Sold (part) | 11/07/18 | O | D | |
| 21. -CT Hsg Fin Auth Mtg Ref Bonds | A | Interest | J | T | | | | | |
| 22. -Deutsche Intermediate Tax Free Fund | E | Dividend | | | Sold (part) | 06/15/18 | K | | |
| 23. | | | | | Sold | 10/16/18 | O | | |
| 24. -Glendale AZ Un HS Dist Bonds | A | Dividend | J | T | | | | | |
| 25. -Corona CA Pub Fin Auth Leave Rev Bonds | A | Dividend | K | T | | | | | |
| 26. -Vanguard Intermediate Tax Exempt Fund | C | Dividend | | | Sold | 10/16/18 | M | | |
| 27. -Fidelity Money Market Premium Class | B | Dividend | L | T | | | | | |
| 28. -Oklahoma Dev Fin Auth St Sys Higher Ed Bonds | A | Interest | J | T | | | | | |
| 29. -CA Bay Area Toll Auth Bridge Rev. Bonds | A | Interest | K | T | | | | | |
| 30. SPDR Bloomberg Barclays 1-3 Month T-Bill ETF | A | Dividend | | | Buy | 10/15/18 | O | | |
| 31. | | | | | Sold | 10/25/18 | O | | |
| 32. Trust # 11 (H) | | | | | | | | | |
| 33. -Fidelity Cash MMKT | A | Dividend | J | T | | | | | |
| 34. -Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Money Market Premium Class | B | Dividend | J | T | | | | | |
| 36. -SPDR Bloomberg Barclays 1-3 Month T-Bill ETF | C | Dividend | | | Buy | 10/25/18 | O | | |
| 37. | | | | | Sold | 12/06/18 | O | | |
| 38. -Midland Tex College Dist Ref Bonds | A | Interest | M | T | Buy | 12/04/18 | M | | |
| 39. -North Carolina St Grant Antic Rev Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 40. -Florida St Brd Ed Pub Ed Cap Outlay Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 41. -Charlotte N C Genl Oblig Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 42. -Mesa Ariz Util Sys Rev Ref Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 43. -Washington St Var Purp Genl Oblig Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 44. -College Station Tex CTFS Oblig ID Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 45. -Broward Cnty Fl Sch Board CTFS Partn Rev Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 46. -Illinois Fin Auth Advocate Helth Care Network Rev Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 47. -Utah Assd Mun Pwr Sys Rev Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 48. -Rockford Ill Genl Oblig Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 49. -Atlanta GA Tax Allocation Rev Ser Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 50. -Michigan Fin Auth Rev Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 51. -Louisville & Jefferson Cnty KY Metro Govt Heal Sys Rev Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Conroe Tex Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 53. -Illinois St Sales Tax Rev Bonds | B | Interest | L | T | Buy | 12/04/18 | L | | |
| 54. -Texas A&M Univ Revs Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 55. -Pennsylvania Turnpike Commn Turnpike Rev Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 56. -Scago EDL Facs Corp for Calhoun Sch Dist Rev Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 57. -Ohio St Higher EDU Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 58. -Essex Cnty NJ Impt Auth Proj Cons Ref Bonds | B | Interest | K | T | Buy | 12/04/18 | K | | |
| 59. -New Jersey St Tpk Rev Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 60. -Texas St Univ Sys Fing Rev Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 61. -Clay Cnty MO CTFS Partn Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 62. -Pennsylvania St Commn Tpk Rev Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 63. -Camden Cnty NJ Impt Auth Rev Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 64. -Western Mn Mun Pwr Agy Minn Pwr Supply Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 65. -MC Henry Cnty Ill Cmnty Unit Sch Dist Ref Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 66. -University Wash Univ Gen Rev Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 67. -Hillsborough Cnty Fla Sch Brd CTFS Partn Rev Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 68. -Metropolitan Govt Nashville & Davidson Genl Oblig Ref Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Purdue Univ Ind Univ Revs Student Fac Sys Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 70. -Arlington Tex Mun Drain Util Sys Rev Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 71. -Essex Cnty NJ Impt Auth Proj Cons Rev Ref Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 72. -Illinois Mun Elec Agy Pwr Supply Sys Rev Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 73. -Maricopa Cnty Ariz Un High Sch Dist Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 74. -Metropolitan Govt Nashville & Davidson Genl Oblig Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 75. -Decatur Ala City Brd Ed Spl Tax Sch Wts Bonds | A | Interest | L | T | Buy | 12/04/18 | L | | |
| 76. -Killeen Tex Indpt Sch Dist Tax Sch Bldg Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 77. - Hudsonville Mich Pub Schs Sch Bldg and Site Genl Oblig Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 78. -Hillsborough Cnty Fla Sch Brd Ctfs Partn Rev Ref Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 79. -Ector Cnty Tex Indpt Sch Dist Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 80. -Douglas Cnty Colo Sch Dist No Re-1 Douglas & Elbert Cntys Bonds | A | Interest | K | T | Buy | 12/04/18 | K | | |
| 81. IRA # 9 (H) | | | | | | | | | |
| 82. -Fidelity Contrafund | D | Dividend | | | Sold | 08/27/18 | O | G | |
| 83. -Blackrock Global Allocation Fund | C | Dividend | | | Buy (add'l) | 01/22/18 | L | | |
| 84. | | | | | Sold | 10/16/18 | O | G | |
| 85. -Vanguard Midcap Fund | A | Dividend | | | Sold | 08/27/18 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Brown Bros Core Select Fund | A | Dividend | | | Sold | 08/27/18 | N | G | |
| 87. -Fidelity 500 Index Fund | D | Dividend | | | Sold | 08/29/18 | P1 | G | |
| 88. -Fidelity Total Market Index | E | Dividend | | | Sold | 08/29/18 | P1 | G | |
| 89. -Fidelity Gov't Cash Reserves | E | Dividend | P2 | T | | | | | |
| 90. -Glenmede Lg Cap Core Inst Fund | B | Dividend | | | Buy (add'l) | 01/22/18 | M | | |
| 91. | | | | | Sold | 08/27/18 | N | F | |
| 92. -iShares Core S&P Mid Cap ETF | C | Dividend | | | Sold | 08/28/18 | O | G | |
| 93. -iShares Core S&P 500 ETF | A | Dividend | | | Sold | 08/28/18 | P1 | G | |
| 94. -Baltimore Cnty MD Pub Imp Go Bonds | A | Interest | L | T | Buy | 12/07/18 | L | | |
| 95. -NYC Transitional Fin Auth Bonds | A | Interest | L | T | Buy | 12/07/18 | L | | |
| 96. -NYS Dorm Auth PERS Income Tax Bonds | A | Int./Div. | L | T | Buy | 12/19/18 | L | | |
| 97. -San Francisco CA City & County Pub Ultility Build America Bonds | A | Interest | K | T | Buy | 11/27/18 | K | | |
| 98. -VA College Bldg Auth EDL FACS Bonds | A | Interest | K | T | Buy | 11/27/18 | K | | |
| 99. IRA # 10 (H) | | | | | | | | | |
| 100. -Fidelity Gov't Cash Reserves | D | Dividend | P1 | T | | | | | |
| 101. -Vanguard Midcap Index Fund | A | Dividend | | | Sold | 08/27/18 | K | E | |
| 102. -Fidelity Low Priced Stock Fund | A | Dividend | | | Sold | 08/27/18 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Blackrock Global Allocation Fund | A | Dividend | | | Sold | 10/16/18 | M | G | |
| 104. -Brown Brothers Core Select Fund | A | Dividend | | | Buy (add'l) | 01/22/18 | L | | |
| 105. | | | | | Sold | 08/27/18 | N | G | |
| 106. -Fidelity Contrafund | B | Dividend | | | Buy (add'l) | 01/22/18 | M | | |
| 107. | | | | | Sold | 08/27/18 | M | E | |
| 108. -Fidelity Total Market Index | A | Dividend | | | Sold | 08/27/18 | P1 | G | |
| 109. -Fidelity 500 Index Fund | B | Dividend | | | Sold | 08/27/18 | M | F | |
| 110. -iShares Core S&P 500 ETF | C | Dividend | | | Sold | 08/28/18 | N | F | |
| 111. -NYS Dorm Auth Pers Income Tax Bonds | A | Interest | L | T | Buy | 12/11/18 | L | | |
| 112. -Baltimore Cnty MD Pub Imp GO Bonds | A | Interest | L | T | Buy | 12/07/18 | L | | |
| 113. -NYC Transitional Fin Auth Bonds | A | Interest | L | T | Buy | 12/07/18 | L | | |
| 114. -CA Univ Regents Taxable Gen Rev Bonds | A | Interest | L | T | Buy | 12/07/18 | L | | |
| 115. -NYS Dorm Auth Bonds | A | Interest | L | T | Buy | 12/07/18 | L | | |
| 116. -IRA #11 (H) | | | | | | | | | |
| 117. -Fidelity Contrafund | D | Dividend | | | Sold | 08/27/18 | P1 | G | |
| 118. -Fidelity Cash Reserves | E | Dividend | P1 | T | | | | | |
| 119. -Brown Bros Core Select Fund | A | Dividend | | | Sold | 08/27/18 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Glenmede Lg Cap Core Inst Fund | A | Dividend | | | Sold | 08/27/18 | L | C | |
| 121. -Fidelity Total Market Index | A | Dividend | | | Sold | 08/27/18 | M | E | |
| 122. -Fidelity 500 Index Premium Class | D | Dividend | | | Sold | 08/27/18 | O | B | |
| 123. -iShares Corp Bond Fund | A | Dividend | | | Buy | 02/12/18 | L | | |
| 124. | | | | | Sold | 02/14/18 | L | | |
| 125. -IRA #12 (H) | | | | | | | | | |
| 126. -Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 127. -Fidelity Total Market Index | A | Dividend | | | Buy | 01/22/18 | N | | |
| 128. | | | | | Sold | 08/27/18 | N | D | |
| 129. -Fidelity MMKT Premium Class | D | Dividend | O | T | | | | | |
| 130. -iShares Corp Bond Fund | A | Dividend | | | Buy | 01/22/18 | N | | |
| 131. | | | | | Sold | 02/14/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IRA #12 was created in July 2018 by rolling over the contents in my TSP account (which did not have to be reported in prior years). The contents of IRA #12 are reported in lines 126 to 131.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LORETTA A. PRESKA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544